IN RE THOMPSON

No. 291P85.

Case below: 74 N.C. App. 329.

Petition by Thompson for discretionary review under G.S. 7A-31 denied 1 October 1985.

INDIANA LUMBERMENS MUT. INS. CO. v. UNIGARD INDEMNITY CO.

No. 491P85.

Case below: 76 N.C. App. 88.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 October 1985.

JOHNSON v. TOWN OF GARLAND

No. 343P85.

Case below: 74 N.C. App. 607.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 1 October 1985.

LAUGHTER v. SOUTHERN PUMP & TANK CO., INC.

No. 404P85.

Case below: 75 N.C. App. 185.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 1 October 1985.

LITTLE v. PENN VENTILATOR CO.

No. 398PA85.

Case below: 75 N.C. App. 92.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 5 November 1985.